UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 5:25-cv-02771-ODW-PD                                    Date January 13, 2026

Title    *Gomez Garcia, et al. v. Kristi Noem, et al.,*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings (In Chambers):   Order to Show Cause Why Petition Should Not be Dismissed as Moot**

On October 20, 2025, Petitioners filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with an ex parte application for a temporary restraining order.  Dkt. Nos. 1, 4.  Petitioners were arrested by ICE or Border Patrol agents in Orange County and Los Angeles County.  Dkt. No. 1 at ¶¶ 16-19.  Petitioners were detained at the ICE Adelanto Processing Center and Desert View Annex in Adelanto, California and were denied individualized bond hearings based on a "new agency policy" that categorized them as "applicants for admission . . . ineligible for bond redetermination hearings" under 8 U.S.C. § 1225(b)(2)(A).  *Id*. at ¶¶ 1, 5, 16-19.

On October 22, 2025, the District Court granted the TRO.  Dkt. No. 10.  The District Court ordered Respondents to provide each Petitioner with an individualized bond redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the order and enjoined Respondents from relocating Petitioners outside of the Central District of California pending final resolution of this case.  *Id*. at 12.  The District Court also ordered Respondents to show cause in writing why the Court should not issue a preliminary injunction in this case.  *Id*.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-02771-ODW-PD　　　　　　　　　　Date January 13, 2026

Title　　*Gomez Garcia, et al. v. Kristi Noem, et al.,*

　　　On October 27, 2025, Respondents filed their response to the District Court's order to show cause. Dkt. No. 12. Respondents argued that there is no longer a live controversy as Petitioners were provided individualized bond hearings which moots the request for preliminary injunction. *Id.* at 2.

　　　On October 29, 2025, the District Court issued a minute order denying as moot Petitioners' request for a preliminary injunction as Petitioners were provided bond hearings before an immigration judge. Dkt. No. 13.

　　　On November 12, 2025, Respondents filed a response to the Petition. Dkt. No. 14. Respondents contend that the Petition should be denied, and the case dismissed as moot because Petitioners received bond hearings and there is no further relief this Court can provide. *Id.* at 3.

　　　Petitioners are ordered to show cause in writing no later than **January 20, 2026,** why this case should not be dismissed for mootness. The matter will then stand submitted.

　　　IT IS SO ORDERED.