UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GOMEZ GARCIA, et al., | Case No. 5:25-cv-02771-ODW-PD |
| Petitioners, | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

On October 20, 2025, Petitioners Gilberto Gomez Garcia, Elvia Cruz Vargas, and Panfilo Cirilo Noreiga Enriquez ("Petitioners"), represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with an ex parte application for Temporary Restraining Order ("TRO") as to release or bond hearings.  Dkt. Nos. 1, 4.

On October 22, 2025, the District Court granted the TRO. Dkt. No. 10. The District Court ordered Respondents to provide each Petitioner with an individualized bond redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the order and enjoined Respondents from relocating Petitioners outside of the Central District of California pending final resolution of this case.  *Id*. at 12.  The District Court also ordered Respondents to show cause in writing why the Court should not

issue a preliminary injunction in this case.  *Id.*

On October 27, 2025, Respondents filed their response to the District Court's order to show cause.  Dkt. No. 12.  Respondents argued there is no longer a live controversy as Petitioners were provided individualized bond hearings which moot the request for preliminary injunction.  *Id.* at 2.

On October 29, 2025, the District Court issued a minute order denying as moot Petitioners' request for a preliminary injunction as Petitioners were provided bond hearings before an immigration judge.  Dkt. No. 13.

On November 12, 2025, Respondents filed a response to the Petition. Dkt. No. 14.  Respondents contend that the Petition should be denied, and the case dismissed as moot because Petitioners received bond hearings and there is no further relief this Court can provide. *Id.* at 3.

On January 13, 2026, the Court issued an Order to Show Cause why Petition should not be dismissed as moot.  Dkt. No. 15.

On January 20, 2026, the parties filed a Stipulation of Dismissal of the pending Petition for Writ of Habeas Corpus without prejudice as to claims, causes of action, and parties.  Dkt. No. 16.

The Court hereby Approves the parties' Stipulation for Dismissal without prejudice Dkt. No. 16, and in accordance with Federal Rule of Civil Procedure 41(a)(2), orders that the Petition is dismissed without prejudice.

DATED:  January 23, 2026

_____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2