JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERTO GOMEZ GARCIA, et al.,

Petitioners,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:25-cv-02771-ODW-PD

**JUDGMENT**

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and entire action are dismissed without prejudice.

DATED:  January 23, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE